UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No.: 11-md-2286-MMA-MDD<br>Member Case Nos.: 15-cv-1479-MMA-MDD<br><br>**ORDER STRIKING PLAINTIFF BASHAM'S DISCOVERY REQUEST**<br><br>**[ECF No. 48]** |

Plaintiff Angela D. Basham ("Basham"), in member case number 15-cv-1479-MMA-MDD, filed with this Court her "First Set of MDL Discovery Requests" propounded against Midland.[1]  (ECF No. 48).

Pursuant to Federal Rule of Civil Procedure 34(a), "[a] party may serve on any other party a request" to produce documents.  Fed. R. Civ. P. 34(a).  Federal Rule of Civil Procedure 5 mandates that requests for documents "must not be filed" with the Court "until they are used in the proceeding or

---

[1] The Court refers to all Defendants in this case as "Midland."

the court orders filing." Fed. R. Civ. P. 5(d)(1).  In addition, under the Civil Local Rules of Court,

> unless filing is ordered by the court on motion of a party or upon its own motion, interrogatories, requests for admission, requests for productions and the answers thereto need not be filed unless and until they are used in proceedings.

*See* S.D. Cal. Civ. L.R. §§ 33.1(c) & 36.1(c).

Accordingly, the Court **DENIES** Plaintiff Basham's motion and Orders that Plaintiff's First Set of MDL Discovery Requests be **STRICKEN** from the record.

**IT IS SO ORDERED**.

Dated:   June 24, 2020

Hon. Mitchell D. Dembin
United States Magistrate Judge